IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES RANDALL HARRISON,
    Petitioner,

vs.                                                    Case No.  3:11cv525/RV/CJK

UNITED STATES OF AMERICA, et al.,
    Respondents.
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 26, 2012.  (Doc. 28).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc.s 29 & 31), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.      The motion to dismiss (doc. 22) is GRANTED.

    3.      The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is DISMISSED without prejudice.

    4.      All pending motions are DENIED as moot.

    5.      The clerk is directed to close the file.

DONE AND ORDERED this 23rd day of July, 2012.

                            */s/ Roger Vinson*
                            ROGER VINSON
                            SENIOR UNITED STATES DISTRICT JUDGE